HUDSON BUILDING, Appellant, *v.* COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent.

*Hudson Building* v. *Compagnie Generale Transatlantique,* 178 App. Div. 889, affirmed.

(Argued April 16, 1919; decided May 2, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1 917, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover rent alleged to be due under a written lease. The defense was that the plaintiff after having received payment in advance for the premises, without notice to the defendant, sublet a portion of the premises, and thereby evicted the defendant therefrom.

*J. A. Edwards* and *Jarvis P. Carter* for appellant.
*Joseph P. Nolan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.